**United States District Court**
For the Northern District of California

1
2
3
4
5            UNITED STATES DISTRICT COURT
6           NORTHERN DISTRICT OF CALIFORNIA
7
8 **ESTRELLA GONZALEZ**
9       Plaintiff(s),           No. C-**12-04328** EDL
10     v.               **ORDER OF CONDITIONAL DISMISSAL**
11 **SOUTH OF MARKET**
12       Defendants.
13 _____/
14
15      The Court has been informed that the parties have settled this case.  IT IS HEREBY ORDERED

that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose

of proceeding with the litigation in the event a settlement has not been completed prior to that date.  In

the event a request to reinstate the case is not filed and served on opposing counsel on or before the

foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: June 6, 2013

                          _____
                          ELIZABETH D. LAPORTE
                          United States Chief Magistrate Judge

16
17
18
19
20
21
22
23
24
25
26
27
28